

FILED

MAR 23 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br>Plaintiff, <br>and <br>KRISTEN NEWMAN and <br>MONTANA FAIR HOUSING, INC., <br><br>Intervening Plaintiffs, <br><br>vs. <br><br>JACLYN KATZ, ALL REAL <br>ESTATE SERVICES IN MONTANA, <br>ORLEANS ASSOCIATION, INC., <br>and UPTOWN CONDOMINIUM <br>OWNERS ASSOCIATION, INC., <br><br>Defendants <br>and Counter <br>Claimants, | No. CV 14-68-BU-SEH <br><br><br>ORDER |

Based upon the record in open court,

ORDERED:

Jaclyn Katz's Motion for Summary Judgment[1] is DENIED.

FURTHER ORDERED:

United States' Motion in Limine to Exclude the Testimony and Opinions of Defendants' Expert, Adele Delp[2] is GRANTED.

DATED this 23rd day of March, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 44.

[2] Doc. 61.