FILED

MAR 03 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br> and <br> KRISTEN NEWMAN and <br> MONTANA FAIR HOUSING, INC., <br><br> Intervening Plaintiffs, <br><br> vs. <br><br> JACLYN KATZ, ALL REAL ESTATE SERVICES IN MONTANA, ORLEANS ASSOCIATION, INC., and UPTOWN CONDOMINIUM OWNERS ASSOCIATION, INC., <br><br> Defendants and Counter Claimants. | No. CV 14-68-BU-SEH <br><br> **ORDER** |

At the status conference of February 24, 2017, the Court instructed counsel for all parties to submit copies of their Fed. R. Civ. P. 26(a)(1)(A)(i) initial disclosures and declarations directed to issues which were not provided, as ordered, in the parties' preliminary pretrial statements filed February 18, 2015,[1] and February 19, 2015.[2]

Documents in compliance with the Court's order were filed by Kathryn Ledewski on behalf of the United States,[3] by Kevin Brown on behalf of Kristen Newman,[4] by Timothy Kelly on behalf of Montana Fair Housing,[5] and by David Gallik on behalf of Defendants.[6]

Upon review of the materials provided by counsel, the Court has concluded that minimally appropriate disclosures were made by all parties notwithstanding the failure of all counsel to comply with the Court's Order setting the preliminary

---

[1] Doc. 12 (Montana Fair Housing); Doc. 13 (Kristen Newman).

[2] Doc. 14 (Defendants); Doc. 18 (United States).

[3] Doc. 135.

[4] Doc. 134.

[5] Doc. 136.

[6] Doc. 138.

pretrial conference.[7] The matter has been appropriately addressed. Further action is not required.

DATED this 3rd day of March, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[7] Doc. 6.