FILED

MAR 27 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br> and <br> KRISTEN NEWMAN and <br> MONTANA FAIR HOUSING, INC., <br><br> Intervening Plaintiffs, <br><br> vs. <br><br> JACLYN KATZ, ALL REAL <br> ESTATE SERVICES IN MONTANA, <br> ORLEANS ASSOCIATION, INC., <br> and UPTOWN CONDOMINIUM <br> OWNERS ASSOCIATION, INC., <br><br> Defendants and <br> Counter Claimants. | No. CV 14-68-BU-SEH <br><br> **ORDER** |

-1-

At the status conference of February 24, 2017, the Court instructed the United States to file a revised expert report from Susan Duncan by March 10, 2017. The Court also permitted Defendants to file a motion in limine directed to Ms. Duncan's revised report by March 17, 2017.

The United States filed Ms. Duncan's revised expert report on March 10, 2017.[1]

Defendants Jaclyn Katz and All Real Estate Services of Montana, LLC filed their Brief in Support of Motion in Limine to Exclude Testimony and Opinions of Experts[2] on March 17, 2017. Such filing has several deficiencies, including: (1) Defendants did not file a motion as required by L.R. 7.1; (2) Defendants brief does not state that the other parties have been contacted and whether those other parties object; and (3) the brief addresses experts other than Ms. Duncan.

ORDERED:

1. The portions of Document Number 146 directed to potential testimony of Rebecca Kronske, Charlie Whelan, and Susanna Darr will not be considered further by the Court.

---

[1] Doc. 144-1.

[2] Doc. 146.

2. Defendants may file a motion in limine and supporting brief, in compliance with L.R. 7.1, directed solely to Ms. Duncan's revised report, on or before March 31, 2017.

DATED this 27th day of March, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge