UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KRISTEN NEWMAN and<br>MONTANA FAIR HOUSING, INC.,<br><br>Intervening Plaintiffs,<br>VS<br><br>JACLYN KATZ, ALL REAL ESATE SERVICES IN MONTANA, ORLEANS ASSOCIATION, INC., and UPTOWN CONDOMINIUM OWNERS ASSOCIATION, INC.,<br><br>Defendants. | CV-14-068-BU-SEH<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 9th day of May, 2017.

*Sam E. Haddon*
Honorable Sam E. Haddon
United States District Judge