UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and KRISTEN NEWMAN and<br>MONTANA FAIR HOUSING, INC.,<br><br>Intervening Plaintiffs,<br><br>vs.<br><br>JACLYN KATZ,<br>Defendant. | Case No. CV-14-068-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

__X__    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

       IT IS ORDERED AND ADJUDGED:  Judgment is entered for the Plaintiffs and against the Defendant.

       Dated this 17th day of May, 2017.

                    TYLER P. GILMAN, CLERK

                    By: /s/ Erica Larson
                    Erica Larson, Deputy Clerk