

FILED

MAY 18 2017

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>and<br>KRISTEN NEWMAN and<br>MONTANA FAIR HOUSING, INC.,<br><br>Intervening Plaintiffs,<br><br>vs.<br><br>JACLYN KATZ,<br><br>Defendant. | No. CV 14-68-BU-SEH<br><br>**AMENDED JUDGMENT** |

On the Court's own motion and in accordance with Fed. R. Civ. P. 60(a), the Judgment entered May 17, 2017,[1] to correct clerical errors, is amended to read as follows:

  X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

---

[1] Doc. 218.

IT IS ORDERED AND ADJUDGED: Judgment is entered according to the verdicts and for monetary amounts as follows:

1. For Intervening Plaintiff Kristen Newman and against Defendant Jaclyn Katz for economic loss: $ 1,043.50

2. For Intervening Plaintiff Kristen Newman and against Defendant Jaclyn Katz for non-economic loss: $10,000.00

3. For Intervening Plaintiff Kristen Newman and against Defendant Jaclyn Katz for punitive damages: $20,000.00

4. For Intervening Plaintiff Montana Fair Housing, Inc., and against Defendant Jaclyn Katz for diversion of resources: $ 6,300.00

DATED this 18th day of May, 2017.

/s/ Sam G. Haddon
SAM E. HADDON
United States District Judge