

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>and<br>KRISTEN NEWMAN and<br>MONTANA FAIR HOUSING, INC.,<br><br>       Intervening Plaintiffs,<br><br>vs.<br><br>JACLYN KATZ,<br><br>        Defendant. | No. CV 14-68-BU-SEH<br><br>**AMENDED JUDGMENT** |

On the Court's own motion and in accordance with Fed. R. Civ. P. 60(a), the Judgment entered May 17, 2017,[1] to correct clerical errors, is amended to read as follows:

   _X_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

---

[1] Doc. 218.

IT IS ORDERED AND ADJUDGED: Judgment is entered according to the verdicts and for monetary amounts as follows:

1.  For Intervening Plaintiff Kristen Newman and against

    Defendant Jaclyn Katz for economic loss:           $ 1,043.50

2.  For Intervening Plaintiff Kristen Newman and against

    Defendant Jaclyn Katz for non-economic loss:       $10,000.00

3.  For Intervening Plaintiff Kristen Newman and against

    Defendant Jaclyn Katz for punitive damages:        $20,000.00

4.  For Intervening Plaintiff Montana Fair Housing, Inc., and

    against Defendant Jaclyn Katz for diversion of resources: $ 6,300.00

DATED this _18th_ day of May, 2017.

SAM E. HADDON
United States District Judge