FILED
JUN 20 2017
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>and<br>KRISTEN NEWMAN and<br>MONTANA FAIR HOUSING, INC.,<br><br>Intervening Plaintiffs,<br><br>vs.<br><br>JACLYN KATZ,<br><br>Defendant. | No. CV 14-68-BU-SEH<br><br>ORDER |

Pending before the Court is, *inter alia*, Jaclyn Katz Renewed Motion for Judgment as a Matter of Law (FRCP 50); Motion for New Trial (FRCP 50[sic]); Motion for Relief from Final Judgment (FRCP 60).[1]

---

[1] Doc. 238.

L.R. 7.1(c)(1) requires that all motions "state that other parties have been contacted and state whether any party objects to the motion."

The three separate motions contained in Document Number 238 do not state whether the other parties to this lawsuit have been contacted regarding such motions or whether any party objects to the motions.

ORDERED:

Jaclyn Katz Renewed Motion for Judgment as a Matter of Law (FRCP 50); Motion for New Trial (FRCP 50[sic]); Motion for Relief from Final Judgment (FRCP 60)[2] is DENIED without prejudice for non-compliance with L.R. 7.1(c)(1). Katz may resubmit the motion in proper form.

DATED this 20th day of June, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 238.