**FILED**

JUN 21 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> and <br> KRISTEN NEWMAN and <br> MONTANA FAIR HOUSING, INC., <br><br> Intervening Plaintiffs, <br><br> vs. <br><br> JACLYN KATZ, <br><br> Defendant. | No. CV 14-68-BU-SEH <br><br><br> **ORDER** |

Pending before the Court are Intervening Plaintiffs' Motion for Post Trial

Order of Equitable Relief,[1] Intervening Plaintiffs' Motion for Award of

---

[1] Doc. 220.

Reasonable Fees and Costs,[2] Defendants [sic] Motion for Reasonable Attorney Fees and Costs,[3] and the separate objections of the United States and Intervening Plaintiffs to Defendant's application for costs.[4]

Intervening Plaintiffs filed a Joint Notice of Appeal[5] on June 21, 2017.

ORDERED:

Each party is invited to submit a brief on or before June 30, 2017, directed to whether filing of Intervening Plaintiffs' Joint Notice of Appeal[6] divests this Court of jurisdiction to address or rule on any of the matters pending before the Court.

DATED this 21st day of June, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 225.

[3] Doc. 228.

[4] Doc. 224 (Defendant's application for costs); Doc. 232 (Intervening Plaintiffs' objections); Doc. 235 (United States' objections).

[5] Doc. 244.

[6] Doc. 244.