IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>and<br>KRISTEN NEWMAN and<br>MONTANA FAIR HOUSING, INC.,<br><br>Intervening Plaintiffs,<br><br>vs.<br><br>JACLYN KATZ,<br><br>Defendant. | No. CV 14-68-BU-SEH<br><br>ORDER |

On December 5, 2017, Intervening Plaintiffs, Appellants, and Defendant, Cross-Appellant, filed a Joint Motion to Voluntarily Dismiss the Appeal and Cross Appeal in the United States Court of Appeals for the Ninth Circuit, in which "[a]ll appellants agree to the dismissal of the above entitled appeals, all matters having been settled on the merits."[1]

---

[1] *Joint Motion to Voluntarily Dismiss the Appeal and Cross-Appeal*, USA, et al v. Jaclyn Katz, et al, No. 17-35530 (9th Cir. December 5, 2017).

On December 6, 2017, the United States Court of Appeals for the Ninth Circuit issued an Order granting the Joint Motion to Voluntarily Dismiss the Appeal and Cross Appeal.[2]

On December 8, 2017, The United States Court of Appeals for the Ninth Circuit issued its Mandate.[3]

ORDERED:

All issues having been settled and resolved on the merits:

1. Defendant's Amended Renewed Motion for Relief From Final Judgment[4] is DENIED as moot.

2. The clerk is directed to close the case.

DATED this 8th day of December, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Order, <u>USA, et al v. Jaclyn Katz, et al</u>, No. 17-35530 (9th Cir. December 6, 2017).

[3] Doc. 269.

[4] Doc. 246.